```
 1 │ ROBERT C. BONNER
   │ United States Attorney
 2 │ FREDERICK M. BROSIO, JR.
   │ Assistant U.S. Attorney
 3 │ Chief, Civil Division
   │ HUGH W. BLANCHARD
 4 │ Assistant U.S. Attorney
   │   U.S. Courthouse
 5 │   312 North Spring Street
   │   Los Angeles, California 90012
 6 │   Telephone: (213) 894-2470
   │
 7 │ Attorneys for Plaintiff
```



FILED MAY 13 1987

ENTERED CLERK, U.S. DISTRICT COURT MAY 13 1987 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CIVIL NO. CV 87A 60947 |
|---|---|---|
| Plaintiff, | ) | JUDGMENT ON CONFESSION OF |
| vs. | ) | DEFENDANT(S) |
| JEFFREY D. HEMPEL, | ) | |
| Defendant(s). | ) | |

On this day there was filed herein a written statement signed and verified by the above-named defendant(s) on May 30, 1983 whereby he confessed himself indebted to the plaintiff in the sum of $20,000.00 principal, plus interest on unpaid decreasing principal at the rate of 12 per cent per annum from June 7, 1982 to the entry of judgment thereon. Since May 30, 1983 the sum of $11,315.20 has been paid on account reducing the principal and interest due to $27,827.43 and on application of the plaintiff through Assistant United States Attorney Hugh W. Blanchard;

IT IS ADJUDGED that the United States of America do have

/

/

/

HWB:bab

n CBD-183
-76 DOJ

and recover from   Jeffrey D. Hempel                        , the sum of $27,827.43 .  Judgment to accrue interest at the rate of 6.58% per annum until paid.

DATED: This____day of __MAY 1 3 1987_____, 19___.

LEONARD BROSNAN
Clerk, Unted States District Court
Central District of California

By_____
                    Deputy

-2-

n OBD-183
-76 DOJ

## CERTIFICATE OF MAILING

I, BERDIA A. BROWN                    , declares:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18 years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by mail described in this Certificate was made; that I deposited in the United States mails in the United States Courthouse at 312 North Spring Street, Los Angeles, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of JUDGMENT ON CONFESSION OF DEFENDANT(S) addressed to:

Dr Jeffrey D. Hempel

, California 91206

at his/her last known address, at which place there is a delivery service by United States Mail.

This Certificate is executed on May 6, 1987        , at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

_____
BERDIA A. BROWN